# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIT Ventures, LLC, | Case No.: 2:20-cv-00706-JAD-DJA |
| Plaintiff | |
| v. | **Order Shortening Briefing Schedule for Emergency Motion Application for Writ of Mandamus or in the Alternative for a Temporary Restraining Order/Preliminary Injunction** |
| Jovita Carranza, as Administrator to the United States Small Business Administration, | |
| Defendant | [ECF No. 6] |

Based on the declaration of Brian D. Shapiro, Esq. and good cause appearing, IT IS HEREBY ORDERED that the briefing schedule for plaintiff LIT Ventures, LLC's Emergency Motion Application for Writ of Mandamus or in the Alternative For a Temporary Restraining Order/Preliminary Injunction **[ECF No. 6] is SHORTENED**. Any response to the motion must be filed by April 29, 2020, and any reply must be filed by May 1, 2020.

IT IS FURTHER ORDERED that, before the close of business today, LIT Ventures must inform Mr. Flake at the U.S. Attorney's Office for the District of Nevada that the court has entered this scheduling order.

IT IS FURTHER ORDERED that LIT Ventures must serve a copy of this order on the defendant at the addresses listed in paragraph 9 of Shapiro's declaration as soon as practicable.

_____
U.S. District Judge Jennifer A. Dorsey
April 24, 2020