Brian D. Shapiro, Esq.
Nevada Bar No. 5772
510 S. 8th Street
Las Vegas, NV 89101
(702) 386-8600, Fax (702) 383-0994
email:  brian@brianshapirolaw.com
www.brianshapirolaw.com
www.myvegasbankruptcyattorney.com
PRO BONO Attorney for LIT VENTURES, LLC

## IN UNITED STATES  DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LIT VENTURES, LLC<br><br>                            Plaintiff,<br><br>vs.<br><br>JOVITA CARRANZA, as ADMINISTRATOR to the UNITED STATES SMALL BUSINESS ADMINISTRATION<br><br>                            Defendants. | Case No. 2:20-cv-00706-JAD-DJA<br><br><br><br>ECF No. 19 |

## STIPULATED ORDER TO DISMISS CASE

Plaintiff, LIT VENTURES, LLC, by and through its attorney Brian D. Shapiro, Esq. of the Law Office of Brian D. Shapiro, LLC ("VENTURES") and Defendant, JOVITA CARRANZA, as ADMINISTRATOR to the UNITED STATES SMALL BUSINESS ADMINISTRATION, by and through its counsel, Troy Flake, Esq. of the United States Attorney's Office, District of Nevada hereby state as follows:

1

IT IS STIPULATED AND AGREED, that this matter shall be dismissed with prejudice with both parties bearing their own fees and costs.

| | |
|---|---|
| */s/ Brian D. Shapiro, Esq.*<br>Nevada Bar No. 5772<br>510 S. 8th Street<br>Las Vegas, NV  89101<br>Attorney for LIT VENTURES, LLC | */s/ Troy Flake, Esq.*<br>Assistant U.S. Attorney<br>Patrick A. Rose<br>Assistant U.S. Attorney<br>Nevada Bar No. 5109<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, NV  89101<br>Attorney for JOVITA CARRANZA, as ADMINISTRATOR to the UNITED STATES SMALL BUSINESS ADMINISTRATION |

**ORDER**

Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 3, 2020